IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANGELA BOWEN-HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00379 |
| | ) | |
| TROXLER ELECTRONIC | ) | |
| LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Plaintiff's Motion to Strike the Affidavit of James H. Boylan, Jr. [Document #13] is DENIED. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment [Document #11] is GRANTED, and this case is DISMISSED with prejudice.

This, the 11th day of April, 2007.

United States District Judge